UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE. 18-20530-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVIER ESTEPA, et al.,

    Defendant.
_____/

**ORDER RE-SETTING SENTENCING DATE**

THIS MATTER is hereby re-set for Sentencing before the Hon. Ursula Ungaro at the United States District Court, Eleventh Floor Courtroom, 400 North Miami Avenue, 12-4 Miami, Florida on **MAY 24, 2019 at 10:30 A.M.**

DONE and ORDERED in Chambers at the United States District Court, Miami, Florida this 16 day of May, 2019.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of record